# ELECTRONIC RECORD

COA # 04-14-00468-CR      OFFENSE: INDECENCY WITH A CHILD - CONTACT

STYLE: EX PARTE JERRY SOLIZ MARTINEZ      COUNTY: BEXAR

COA DISPOSITION: DISMISSED-LACK OF JURISDICTION      TRIAL COURT: 437TH DISTRICT COURT

DATE: 10/08/14      Publish: NO      TC CASE #: 2008CR1459

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: EX PARTE JERRY SOLIZ MARTINEZ      CCA #: 1466-14

_____PRO SE_____ Petition      CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
_____REFUSED_____      JUDGE: _____
DATE: 02/25/2015      SIGNED: _____      PC: _____
JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____